**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | |
| Plaintiff, | ) ) | CR-08-624-01-PHX-MHM |
| v. | ) ) | |
| Frank Lee Cheney, | ) ) | ORDER OF DETENTION |
| Defendant. | ) ) | |

Defendant was released on his own recognizance on August 8, 2008. Pretrial Services filed a Petition for Action on Conditions of Pretrial Release alleging that defendant violated the terms of his release. Defendant was arrested and appears before the Court with counsel.

A detention hearing was held on December 11, 2009 before this Court.

The Court finds that defendant violated at least one condition of his release.

The Court concludes, by a preponderance of the evidence, that defendant is a flight risk and requires detention pending further order of the court.

The Court also concludes, that no condition or combination of conditions will reasonably assure the appearance of defendant as required.

IT IS THEREFORE ORDERED that the defendant's release is revoked and he is detained pending further order of the Court.

DATED this 11th day of December, 2009.

Edward C. Voss
United States Magistrate Judge